IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREMONG KNIGHT, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 10-0296-CG-M |
| JAMES MULLINS, | : |
| Respondent. | : |

ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Equitable tolling is not available to petitioner because he has not shown that he has been pursuing his rights diligently and some extraordinary circumstances stood in the way and prevented the timely filing of the peition.  Petitioner alleges that he is untrained in the law, has relied on the assistance of other prisoners to file his pleadings, and has been transferred from one prison to another.   None of these circumstances constitute the type of extraordinary circumstances that trigger equitable tolling.  See Miller v. Florida, 307 Fed.Appx 366 (11th Cir. 2009), Dodd v. U.S., 365 F. 3d 1273, 1283 (11th Cir. 2004).

It is therefore **ORDERED** that this habeas petition be dismissed as time-barred.  It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 8th day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE