IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TREMONG KNIGHT,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 10-0296-CG-M |
| **JAMES MULLINS,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent James Mullins and against Petitioner Tremong Knight.

**DONE and ORDERED** this 8th day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE